564 U.S. 1063, 132 S. Ct. 69, 180 L. Ed. 2d 937, 2011 U.S. LEXIS 5184.

September 15, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, granted pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

**No. 11-5794 (R46-025). In re Burnell Pearson, Jr., Petitioner.**

564 U.S. 1064, 132 S. Ct. 69, 180 L. Ed. 2d 937, 2011 U.S. LEXIS 5186.

September 20, 2011. The petition for writ of mandamus in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

**No. 11A302 (11-6427). Cleve Foster, Petitioner v. Texas.**

564 U.S. 1064, 132 S. Ct. 69, 180 L. Ed. 2d 937, 2011 U.S. LEXIS 5187.

September 20, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, granted pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

**No. 11A317. Troy Anthony Davis, Applicant v. Carl Humphrey, Warden.**

564 U.S. 1064, 132 S. Ct. 69, 180 L. Ed. 2d 937, 2011 U.S. LEXIS 5188.

September 21, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied.

**No. 11-6529 (11A321). Derrick O'Neal Mason, Petitioner v. Alabama.**

564 U.S. 1064, 132 S. Ct. 70, 180 L. Ed. 2d 937, 2011 U.S. LEXIS 5189.

September 22, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Alabama denied.

**No. 10-1558 (R46-026). In re Frank Ricci, et al., Petitioners.**

564 U.S. 1064, 132 S. Ct. 70, 180 L. Ed. 2d 937, 2011 U.S. LEXIS 5190.

September 26, 2011. The petition for writ of mandamus in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.